

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

IN THE MATTER OF THE APPLICATION
OF THE UNITED STATES OF AMERICA
FOR AN ORDER AUTHORIZING THE          MISC. No.: **6:15-mc-4-Orl-37KRS**
INTERCEPTION OF WIRE AND
ELECTRONIC COMMUNICATIONS TO
AND FROM CELLULAR TELEPHONE
NUMBER **(407) 435-8895 (TT-1)**

**NARRATIVE REPORT OF INTERCEPTION OF**
**WIRE AND ELECTRONIC COMMUNICATIONS OF TT-1**
**FROM FEBRUARY 2, 2015, THROUGH FEBRUARY 6, 2015**

**(THIRD TEN DAY REPORT)**

On January 9, 2015, United States District Judge Roy B. Dalton signed an

order authorizing the interception of wire and electronic communications occurring

over cellular telephone (407) 435-8895, hereinafter referred to as **TT-1**, which is

used by **Samuel GENAO**. Interception of wire and electronic communications over

**TT-1** commenced on January 12, 2015.

1.       The following is a summary of activity on February 2, 2015, through

February 6, 2015:

> Total number of intercepted sessions: 0
>
> Number of completed sessions:  0
>
> Number of SMS sessions:  0
>
> Number of pertinent SMS sessions: 0
>
> Number of malfunction sessions:  0
>
> Number of pertinent sessions: 0
>
> Number of privileged sessions: 0
>
> Number of minimized sessions: 0

S-8

Number of sessions > 2 minutes duration: 0

Number of sessions minimized > 2 minutes duration: 0

Percentage of sessions minimized > 2 minutes duration: 0%

Number of pertinent sessions > 2 minutes duration: 0

2.    <u>Interception of Persons Named in Order and Pertinent Conversations</u>

**None intercepted**

3.    <u>New Criminal Participants Identified</u>

**None intercepted**

4.    The third and final reporting period encompassing the aforementioned dates resulted in no interceptions over **TT-1**. Investigators learned during the end of the second ten day reporting period **GENAO** had not paid for additional pre-paid minutes for **TT-1**. As a result T-Mobile suspended phone service for **TT-1**. Several meetings between the cooperating source (CS) and **GENAO** led investigators to believe **GENAO** was preparing to add minutes to **TT-1** that would have enabled investigators to resume interceptions. Investigators waited a reasonable amount of time for **TT-1** to be activated by **GENAO,** but pre-paid minutes have not been added. As a result, investigators determined the prudent course of action was to end interceptions over **TT-1** on February 6, 2015, prior to the thirty day court authorized period of interception. Investigators request that the court permit the cessation of interceptions over TT-1.

5.    The Government submits that the previously documented pertinent calls and summary of activity establish that the objectives authorized in the Interception order have not been entirely achieved. Based upon the above it is believed that the interceptions and investigation to date have produced evidence that reflect that **GENAO**, should be considered a co-conspirator along with others

2

still not identified in the offenses related to trafficking, purchase, sale, delivery, purchase or/and possession with intent to sell, deliver, or purchase controlled substances, to wit: cocaine and heroin or the conspiracy to commit the aforementioned offenses.

Prepared by:

Dale Thrush
Task Force Agent
Drug Enforcement Administration

3