UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN THE MATTER OF THE APPLICATION
OF THE UNITED STATES OF AMERICA
FOR AN ORDER AUTHORIZING THE           MISC. No.: **6:15-mc-4-Orl-37KRS**
INTERCEPTION OF WIRE AND
ELECTRONIC COMMUNICATIONS TO
AND FROM CELLULAR TELEPHONE
NUMBER **(407) 435-8895 (TT-1)**

**LIST OF PERSONS NAMED IN AUTHORIZATION
ORDERS AND OTHERS WHOSE WIRE OR
<u>ELECTRONIC COMMUNICATIONS WERE INTERCEPTED</u>**

In order to assist the Court in making its determination of those persons to be served with inventories as provided by Title 18, United States Code, Section 2518(8)(d) in the above matter, the Government respectfully submits this compilation of the names of those persons named in the applications and court orders and other persons who have been identified by the Drug Enforcement Administration (DEA) as persons whose wire or electronic communications were or were not intercepted:

1. The persons named in the application and orders are:

   a. **Samuel Benjamin GENAO-ENCARNACION - Intercepted**
   b. **Julio Ivan COLON-ARCE – Intercepted**
   c. **William GONZALEZ – Not Intercepted**
   d. **Jose Enrique KUILAN SANTIAGO – Not Intercepted**
   e. **Juan BATISTA-FELIX – Not Intercepted**
   f. **Jose GENAO-SANCHEZ – Not Intercepted and**
   g. **Jason PAGAN-HERNANDEZ – Not Intercepted**

2. Other persons whose wire or electronic communications were intercepted and who have been identified by the DEA are:

> ALEXANDRA RODRIGUEZ
> TANYA ALVARADO
> ALEX ROSARIO
> JOSE OLIVERAS
> JOSE RAMON KUILAN
> CERLIE DERIEUX COLON
> TATIANA VELEZ
> JOSE CORREA ALICEA
> JOSE AGOSTO AYALA
> SHAYLE MARIE GENAO
> MARICELIS CARDONA
> MIGUEL OLIVERAS

3. In addition to the persons specified above, communications of persons as yet unidentified were intercepted. In the event that any such persons are later identified, a supplemental list will be submitted to the Court.

4. A proposed order is attached hereto as Exhibit A.

Dated this 16th day of March, 2015.

> Respectfully submitted,
>
> A. LEE BENTLEY, III
> United States Attorney
>
> _____
> Bruce S. Ambrose
> Assistant United States Attorney
> USA No. 075
> 400 W. Washington St.
> Suite 3100
> Orlando, Florida 32801
> Telephone:   407/648-7500
> Facsimile:   407/648-7643
> E-mail:   bruce.ambrose@usdoj.gov