# Exhibit A

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN THE MATTER OF THE APPLICATION
OF THE UNITED STATES OF AMERICA
FOR AN ORDER AUTHORIZING THE
INTERCEPTION OF WIRE AND
ELECTRONIC COMMUNICATIONS TO
AND FROM CELLULAR TELEPHONE
NUMBER **(407) 435-8895 (TT-1)**

MISC. No.: **6:15-mc-4-Orl-37KRS**

### ORDER AND INVENTORY

TO:  ATTORNEYS OF THE UNITED STATES DEPARTMENT OF JUSTICE

Having examined the Government's list of (a) persons named in the captioned applications and orders authorizing the interception of wire and electronic communications and (b) others thus far identified as persons whose wire or electronic communications were intercepted pursuant to those orders, pursuant to Title 18, United States Code, Section 2518(8)(d),

IT IS HEREBY ORDERED that attorneys for the United States Department of Justice shall cause to be served upon the persons listed on the annexed list an inventory which shall include notice of:

1. The fact of the entry of the orders described above authorizing the interception of wire and electronic communications.

2. The fact that the period of authorized interception pursuant to those orders included the periods between January 12, 2015, and February 9, 2015, by on or about which date all original recordings were sealed by order of this court.

    3.   The fact that during the period of authorized interception, wire and electronic communications were or were not intercepted.

The persons to be served are set forth on the attached Annex.

                                              ROY B. DALTON, JR.
                                              United States District Judge

Copies to:    Bruce S. Ambrose
                    Assistant United States Attorney

## ANNEX TO ORDER

1. SAMUEL BENJAMIN GENAO-ENCARNACION
2. JULIO IVAN COLON-ARCE
3. WILLIAM GONZALEZ
4. JOSE ENRIQUE KUILAN SANTIAGO
5. JUAN BATISTA-FELIX
6. JOSE GENAO-SANCHEZ
7. JASON PAGAN-HERNANDEZ
8. ALEXANDRA RODRIGUEZ
9. TANYA ALVARADO
10. ALEX ROSARIO
11. JOSE OLIVERAS
12. JOSE RAMON KUILAN
13. CERLIE DERIEUX COLON
14. TATIANA VELEZ
15. JOSE CORREA ALICEA
16. JOSE AGOSTO AYALA
17. SHAYLE MARIE GENAO
18. MARICELIS CARDONA
19. MIGUEL OLIVERAS